Filed 5/30/23  P. v. Imarogbe CA3
Opinion following transfer from Supreme Court

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C093037 |
| Plaintiff and Respondent, | (Super. Ct. No. 95F09990) |
| v. | OPINION ON TRANSFER |
| AJANI-ABDEL WAHID IMAROGBE, | |
| Defendant and Appellant. | |

Defendant Ajani-Abdel Wahid Imarogbe appeals the trial court's denial of his petition for resentencing under Penal Code section 1172.6.[1]  Appellate counsel filed a brief raising no arguable issues under *People v. Wende* (1979) 25 Cal.3d 436 and

---

[1]     Defendant petitioned for resentencing under former Penal Code section 1170.95.  Effective June 30, 2022, the Legislature renumbered former section 1170.95 as section 1172.6 without substantive changes.  (Stats. 2022, ch. 58, § 10.)

1

requesting we exercise our discretion to review the entire record for arguable issues on appeal.

On March 18, 2021, prior to our Supreme Court's decision in *People v. Delgadillo* (2022) 14 Cal.5th 216, this court dismissed the appeal as abandoned. Our Supreme Court thereafter granted review and held the case pending its decision in *Delgadillo*. On March 29, 2023, the matter was transferred back to this court with directions to vacate our previous decision and reconsider the matter in light of *Delgadillo*.

On April 7, 2023, we vacated our order dismissing the appeal. The same day, we also notified defendant: (1) appellate counsel had filed an appellate brief stating counsel's review of the record did not identify any arguable issues; (2) as a case arising from an order denying postconviction relief, defendant was not constitutionally entitled to counsel or to an independent review of the record; (3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days to file a supplemental brief or letter raising any argument defendant wanted this court to consider; and (4) if this court did not receive a letter or brief within that 30-day period, we may dismiss the appeal as abandoned. More than 30 days have elapsed and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo*, *supra*, 14 Cal.5th at p. 232.)

DISPOSITION

The appeal is dismissed.

/s/
ROBIE, Acting P. J.

We concur:

/s/
MAURO, J.

/s/
RENNER, J.